In the Matter of GEORGE M. WRIGHT, Deceased.— Motion to dismiss

appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.